UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diane M. Barber,

Plaintiff,

v.

Monarch Life Insurance Company,

Defendant.

Civil No. 01-2291 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002.

b. All discovery shall be commenced in time to be completed by December 1, 2002.

c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 7, 2002.

d. No more than 30 interrogatories, including all discrete subparts, shall be served by any party.

e. No more than 75 Requests for Admission shall be served by any party.

f. No more than 100 Document Requests shall be be served by any party.

g. No more than 10 non-expert depositions shall be

FEB
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

taken by any party.

h. No more more than three Rule 35 medical examinations shall be conducted and shall be completed on or before December 1, 2002.

i All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff on or before July 1, 2002.

2) By defendant on or before August 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before July 1, 2002.

2) By defendant on or before August 1, 2002.

c. Each party may depose no more than 4 expert witnesses on or before December 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to January 1, 2003.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial no later than March 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last one week.

DATED: February 4, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge