UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diane M. Barber, D.C.,

Plaintiff,

v.

The Monarch Life Insurance Company,

Defendant.

Civil No. 01-2291 JRT/FLN

**STIPULATION AND ORDER**

**WHEREAS** the parties are exploring the possibility of settling this matter without significant further discovery; and

**WHEREAS** the parties wish to preserve their ability to engage in discovery if settlement efforts are unsuccessful:

**IT IS HEREBY STIPULATED AND AGREED** that the February 4, 2002, Pretrial Schedule may be amended as follows:

1. Disclosure of the identity of and substance of the testimony to be offered by each expert witness shall be made as follows:

   a) By plaintiff on or before October 1, 2002,

   b) By defendant on or before November 2, 2002.

2. All discovery shall be commenced in time to be completed by February 2, 2003.

3. All non-dispositive motions and supporting documents including those

FILED AUG 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

which relate to discovery shall be served by February 1, 2003.

4. All dispositives motions shall be filed prior to March 1, 2003.

5. This case shall be ready for trial no later than June 1, 2003, at which time it will be placed on the court's jury trial calendar.

Dated: July 26 2002.

DORSEY & WHITNEY LLP

By [signature]
Stephen P. Lucke (#154210)
Elizabeth S. Wright (#0184111)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendant
The Monarch Life Insurance Company

Dated: July 29, 2002.

STAPLETON, NOLAN, MACGREGOR & THOMPSON

By [signature]
Mark M. Nolan (#79418)
Jodell M. Galman (#017547X)
2300 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 227-6661
Attorneys for Plaintiff
Diane M. Barber, D.C.

It is so ordered.

8/27/02

[signature]
Franklin L. Noel
[redacted] Magistrate Judge