UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DIANE M. BARBER, D.C.,

Plaintiff,

v.

THE MONARCH LIFE INSURANCE COMPANY,

Defendant.

CIVIL NO. 01-2291 (JRT/JSM)

ORDER

The above matter came on before the undersigned on March 5, 2003 by telephone conference upon the Joint Motion and Stipulation to Amend the Complaint and Extend Discovery dated March 4, 2003.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Joint Motion and Stipulation to Amend the Complaint and Extend Discovery is granted as follows :

1. Plaintiff shall serve and file the Amended Complaint as stipulated by the parties on or before March 12, 2003;

2. Defendant shall serve and file an Answer to the Amended Complaint on or before March 22, 2003; and

3. A Second Amended Pretrial Scheduling Order will be issued separately.

Dated: March 6, 2003

JANIE S. MAYERON
United States Magistrate Judge

P/JSM Decisions/Civil/A-C/Barber Order 3.6.03

FILED MAR 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________