UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DIANE M. BARBER, D.C.,

Plaintiff,

v.

THE MONARCH LIFE INSURANCE COMPANY,

Defendant.

CIVIL NO. 01-2291 (JRT/JSM)

**SECOND AMENDED**
PRETRIAL SCHEDULING ORDER

**Pursuant to the parties' Joint Motion and Stipulation to Amend the Complaint and Extend Discovery dated March 4, 2003**, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

February 7, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

May 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the nondispositive motion deadline.

Discovery and Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

Filed MAR 07 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

| | |
|---|---|
| **March 1, 2003 -** | **By defendant** |
| **March 24, 2003 -** | **Rebuttal expert disclosure and reports by plaintiff** |

**May 1, 2003 -** All discovery of any kind, including expert depositions, shall be commenced in time to be completed by this date.

**May 1, 2003 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

<u>Dispositive Motions and Trial</u>

**May 5, 2003 -** All dispositive motions shall be served and filed. Counsel are reminded that after all hearing papers are filed, they must contact Calendar Clerk Lou Jean Gleason (612) 664-5083 to schedule a hearing. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial as **May 5, 2003**, if no dispositive motion is filed, or upon resolution of any dispositive motion, but no later than **July 1, 2003.** The parties estimate that trial of this Jury matter will take one week.

<u>General</u>

No more than 10 non-expert depositions shall be taken by any Party.

No more than 30 Interrogatories (including subparts), 100 Document Requests, and 75 Requests for Admission shall be served by any Party.

Each Party may depose no more than 4 experts.

Each Party may call no more than 4 experts at trial.

Dated: March 6, 2003

JANIE S. MAYERON
United States Magistrate Judge