**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DIANE M. BARBER, D.C.,

Plaintiff,

v.

MONARCH LIFE INSURANCE COMPANY,

Defendant.

Civil No. 01-2291 (JRT/JSM)

**ORDER OF DISMISSAL**

---

Mark M. Nolan, NOLAN MacGREGOR THOMPSON & LEIGHTON, 380 St. Peter Street, Suite 710, St. Paul, MN 55102, for plaintiff.

Stephen P. Lucke, DORSEY & WHITNEY, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 29, 2003
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

MAY 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK